**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**F I L E D**

NOV 1 6 2023 βA⊢

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  JASBIR S. THANDI, ET AL

**CASE NUMBER:**

CR **CR 23 0428**

JST

| | | |
|---|---|---|
| Is This Case Under Seal? | Yes ✓ | No |
| Total Number of Defendants: | 1 | 2-7 ✓     8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF | OAK ✓     SJ |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** ABRAHAM FINE / DAVID WARD    **Date Submitted:** 11/16/2023

**Comments:**

RESET FORM      SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)