ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.Fine@usdoj.gov

Attorneys for United States of America

**FILED**
NOV 16 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASBIR THANDI, SANDEEP SAHOTA, and JASPREET PADDA <br><br> Defendants. | CASE NO. CR 23 0428 <br><br> MOTION FOR SEALING ORDER AND [PROPOSED] ORDER <br><br> [UNDER SEAL] |

    The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrants, and this Sealing Order until the enclosed Arrest Warrants have been executed. Disclosure of the existence of the Indictment and Arrest Warrants may cause the subjects of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendants.

    Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as

MOT. TO SEAL AND [PROP.] ORDER

necessary with counsel for the subjects of the Indictment and with agents of the FBI, United States Postal Inspection Service, and other law enforcement officers.

DATED: November 16, 2023

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Abraham Fine
ABRAHAM FINE
DAVID WARD
Assistant United States Attorneys

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Arrest Warrants, this Sealing Order, and other related documents in this case shall be sealed until the arrest warrants have been executed. A copy of the Indictment and Arrest Warrants shall be provided to agents of the FBI, United States Postal Inspection Service, and other law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrants may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendants. The United States Attorney's Office is permitted to share these documents as necessary with counsel for the subjects of the Indictment.

DATED: 11/16/23

HON. KANDIS A. WESTMORE
United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER