TIMOTHY P. CRUDO (State Bar No. 143835)
MARCIA VALADEZ VALENTE (State Bar No. 321852)
ALEXANDER W. PREVE (State Bar No. 335431)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-tpc@cpdb.com
           ef-mvv@cpdb.com
           ef-awp@cpdb.com

Attorneys for Defendant
JASBIR S. THANDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-CR-0428-JST |
| Plaintiff, | **STIPULATION AND ORDER TO SUBMIT CONFIDENTIAL INFORMATION UNDER SEAL OR FOR IN-CAMERA REVIEW** |
| v. | |
| JASBIR S. THANDI, | |
| Defendant. | |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500 · 415.391.4800 · Fax 415.989.1663

Plaintiff United States of America, together with Defendant Jasbir S. Thandi (the "Parties"), respectfully stipulate and agree, subject to the Court's approval, as follows:

On November 16, 2023, defendant Thandi was charged with Conspiracy to Commit Insurance Fraud in violation of 18 U.S.C. § 371, Insurance Fraud in violation of 18 U.S.C. § 1033, and Bank Fraud in violation of 18 U.S.C. § 1344. *Dkt. 1.*

On January 18, 2024, at an appointment of counsel hearing before the Court, Mr. Thandi submitted a sworn financial affidavit (the "Financial Affidavit") in support of his request for court-appointed counsel under the Criminal Justice Act ("CJA"). *Dkt. 32.* The government, citing evidence developed during its investigation of Mr. Thandi, objected to the appointment of CJA counsel for Mr. Thandi.

In response, the Court provisionally appointed the above-captioned counsel as CJA counsel to represent Mr. Thandi, and ordered the parties to file briefing to enable the Court to assess Mr. Thandi's eligibility for CJA counsel. Counsel for defendant Thandi was ordered to file a brief in support of his application for CJA appointment no later than February 19, 2024. Government counsel was ordered to file a response no later than March 4, 2024. *Dkt. 31.* Defendant Thandi may file a reply by March 11, 2024. *Id.*

In support of their briefs, the Parties may seek to file with the Court confidential personal, financial, and medical information concerning Mr. Thandi's eligibility for court-appointed counsel. The Parties believe that it is appropriate pursuant to Criminal Local Rule 56-1 for such confidential information to be filed under seal.

Separately, this District's General Order No. 2, Criminal Justice Act Plan, subd. (IV)(B)(1)(b)(3), states that "[e]mployees of the United States Attorney's Office may not participate in the completion of the financial affidavit or seek to obtain information concerning financial eligibility from a person requesting the appointment of counsel." The government does not object to information covered by General Order No. 2 being filed for in-camera review.

THEREFORE, the Parties hereby agree and stipulate to the following:

1. The Parties may submit confidential personal, financial, and medical information concerning Mr. Thandi's eligibility for court-appointed counsel under seal, and references to that

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1  confidential information (if any) included in the Parties' briefs concerning Mr. Thandi's request

2  for court-appointed counsel shall be redacted from any documents filed in the public record;

3        2.     Mr. Thandi may submit information covered by General Order No. 2 for in-camera

4  review, and references to such information (if any) included in Mr. Thandi's briefs shall be

5  redacted from any documents filed in the public record; and

6        3.     The government reserves all rights to challenge Mr. Thandi's designation that

7  information is covered by General Order No. 2 and therefore subject to in-camera review.

8      **SO STIPULATED.**

9  DATED:  February 14, 2024          ISMAIL J. RAMSEY
   United States Attorney

10

11

12                   By:      */s/David J. Ward*

13                       DAVID J. WARD
   Assistant United States Attorney

14

15  DATED:  February 14, 2024          COBLENTZ PATCH DUFFY & BASS LLP

16

17                   By:      */s/Timothy P. Crudo*

18                       TIMOTHY P. CRUDO
   Attorneys for Defendant

19                       JASBIR THANDI

20

21

22

23

24

25

26

27

28

**STIPULATION AND  ORDER
TO SUBMIT CONFIDENTIAL INFORMATION UNDER SEAL OR FOR IN-CAMERA REVIEW**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having considered the Stipulation to Submit Confidential Information Under Seal or for In-Camera Review, and good cause appearing, it is HEREBY ODERED:

1.  The Parties may file confidential personal, financial, and medical information concerning Mr. Thandi's eligibility for court-appointed counsel under seal.  References to that confidential information (if any) included in the Parties' briefs concerning Mr. Thandi's request for court-appointed counsel shall be redacted from any documents filed in the public record;

2.  Mr. Thandi may submit information covered by General Order No. 2 for in-camera review.  References to such information (if any) included in Mr. Thandi's briefs shall be redacted from any documents filed in the public record; and

3.  The government reserves all rights to challenge Mr. Thandi's designation that information is covered by General Order No. 2 and therefore subject to in-camera review.

**IT IS SO ORDERED.**

DATED:  <u>February 16</u> , 2024



DONNA M. RYU
Chief Magistrate Judge