TIMOTHY P. CRUDO (State Bar No. 143835)
MARCIA VALADEZ VALENTE (State Bar No. 321852)
ALEXANDER W. PREVE (State Bar No. 335431)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:      ef-tpc@cpdb.com
            ef-mvv@cpdb.com
            ef-awp@cpdb.com

Attorneys for Defendant
JASBIR S. THANDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JASBIR S. THANDI,<br><br>   Defendant. | Case No. 4:23-cr-00428-JST<br><br>**STIPULATION AND ORDER (AS MODIFIED) REGARDING DEFENDANT JASBIR S. THANDI'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Judge: Hon. Jon S. Tigar<br><br>Trial Date: None Set |

020071.0001 4882-0956-9456.2

1

Case No. 4:23-CR-00428-JST

**STIPULATION AND ORDER (AS MODIFIED) REGARDING
DEFENDANT JASBIR S. THANDI'S REQUEST FOR APPOINTMENT OF COUNSEL**

1    Plaintiff United States of America, together with Defendant Jasbir S. Thandi (the
2  "Parties"), respectfully stipulate and agree, subject to the Court's approval, as follows:
3    On November 16, 2023, defendant Thandi was charged with Conspiracy to Commit
4  Insurance Fraud in violation of 18 U.S.C. § 371, Insurance Fraud in violation of 18 U.S.C. § 1033,
5  and Bank Fraud in violation of 18 U.S.C. § 1344. *Dkt. 1*.
6    On January 18, 2024, at an appointment of counsel hearing before the Court, Mr. Thandi
7  submitted an Expanded Declaration in Support of Attorney or Other Services Pursuant to the
8  Criminal Justice Act (the "Financial Affidavit") in support of his request for Court-appointed
9  counsel under the Criminal Justice Act ("CJA"). *Dkt. 32*. The government objected to the
10 appointment of CJA counsel for Mr. Thandi.
11   At that hearing the Court provisionally appointed the above-captioned counsel as CJA
12 counsel to represent Mr. Thandi and ordered the parties to file briefing to enable the Court to
13 assess Mr. Thandi's eligibility for CJA counsel. Mr. Thandi filed his Memorandum of Points of
14 Authorities in Support of his Request for Appointment of Counsel on February 16, 2024. *Dkt. 47*.
15 The government filed its response on March 18, 2024. *Dkt. 50*. Mr. Thandi's reply is due by
16 March 25, 2024. *Dkt. 49*.
17   Counsel for Mr. Thandi has informed the government that Mr. Thandi has decided to retain
18 counsel and to withdraw his request for appointed counsel.
19   The government does not object to the Court permitting Mr. Thandi to withdraw his
20 request for appointed counsel.
21   Mr. Thandi respectfully requests that the Court permit him to withdraw his request for
22 Court-appointed counsel under the CJA, including his Financial Affidavit, and the Parties stipulate
23 and agree that the Court may enter the order proposed below. The Parties further stipulate and
24 agree that Mr. Thandi need not file reply papers in support of his request for Court-appointed
25 counsel under the CJA.
26   Further, given that the above-captioned counsel was provisionally appointed and Mr.
27 Thandi intends to obtain retained counsel, a further hearing for appointment of counsel is
28 necessary in this matter. The Parties also stipulate and agree, and respectfully request, that the

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1  Court set a hearing for appointment of counsel on April 3, 2024 at 10:30 a.m., or as soon
2  thereafter as the matter may be heard before Magistrate Judge Westmore.
3      **SO STIPULATED.**
4  DATED:  March 25, 2024        ISMAIL J. RAMSEY
                                          United States Attorney

By:    */s/ David J. Ward*
       DAVID J. WARD
       Assistant United States Attorney

DATED:  March 25, 2024        COBLENTZ PATCH DUFFY & BASS LLP

By:    */s/ Timothy P. Crudo*
       TIMOTHY P. CRUDO
       Attorneys for Defendant
       JASBIR S. THANDI

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · Fax 415.989.1663

020071.0001 4882-0956-9456.2    3    Case No. 4:23-CR-00428-JST
**STIPULATION AND ORDER (AS MODIFIED) REGARDING
DEFENDANT JASBIR S. THANDI'S REQUEST FOR APPOINTMENT OF COUNSEL**

**ORDER (AS MODIFIED)**

Based upon the stipulation of the Parties, and for good cause shown, the Court hereby orders that Mr. Thandi may withdraw his request for Court-appointed counsel under the CJA, including the Financial Affidavit submitted in support thereof, and that Mr. Thandi need not file reply papers in support of his request for appointed counsel. Mr. Thandi remains responsible for paying $500.00 a month for his appointed attorney through the month of March, 2024 as previously ordered by the court on January 18, 2024 [Minute Order Docket No. 31, Initial Order Re: Contribution to Cost of Court-Appointed Counsel Docket No. 36]. Mr. Thandi does not need to make that payment starting April 1, 2024 because he has withdrawn his request for court appointed counsel.

The Court further sets a hearing for Mr. Thandi's substitution of counsel/identification of retained counsel on on April 3, 2024at 10:30 a.m. before Magistrate Judge Westmore.

**IT IS SO ORDERED AS MODIFIED.**

DATED: March __26__, 2024



_____
DONNA M. RYU
Chief Magistrate Judge