CANDICE L. FIELDS (No. 172174)
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
JASPREET PADDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASBIR S. THANDI, et al.,<br><br>Defendants. | Case No. 4:23-CR-000428 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING [ALL DEFENDANTS]<br><br>Date:  June 5, 2026<br>Time:  9:30 a.m.<br>Judge: Hon. Jon S. Tigar |

The parties, by and through their respective counsel, hereby stipulate and respectfully request that the restitution hearing for all defendants be continued from June 5, 2026, to July 10, 2026.  Good cause exists for the requested continuance as follows:

On May 28, 2026, counsel for the government circulated a draft Stipulated Motion for Order of Restitution. The parties require additional time to review the proposed stipulation, confer, and determine whether restitution can be resolved by agreement without the need for a contested hearing.

Accordingly, the parties respectfully request that the Court continue the restitution hearing to July 10, 2026, at 9:30. The Courtroom Deputy has indicated that July 10, 2026 is available.

1

IT IS SO STIPULATED.

DATED: June 3, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *David Ward*
DAVID J. WARD
EVAN MATEER
Assistant United States Attorneys

/s/ *with permission*
JOSHUA SABERT LOWTHER
Attorney for Defendant Jasbir Thandi

/s/ *with permission*
MIRANDA KANE
JORDAN DICKSON
Attorneys for Defendant Sandeep Sahota

/s/ *with permission*
BRENDAN HICKEY
NAOMI CHUNG
Attorneys for Defendant Gunjan Aggarwal

/s/ *with permission*
CANDICE FIELDS
Attorney for Defendant Jaspreet Padda

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the government and defendants, and for good cause shown, the Court hereby orders the government and all defendants to appear before the Court on July 10, 2026, at 9:30 a.m., for the restitution hearing.

**IT IS SO ORDERED.**

Dated:  June 3, 2026

_____
Hon. Jon S. Tigar
United States District Judge