MIRANDA KANE (CA Bar No. 150630)
JORDAN DICKSON (CA Bar No. 324406)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: jdickson@conmetkane.com

Attorneys for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASBIR THANDI AND SANDEEP SAHOTA,<br><br>Defendants. | CASE NO. 23-CR-0428-JST<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

Defendant Sahota's sentencing hearing in the above referenced matter is currently set on August 14, 2026, and Defendant Thandi's sentencing hearing is currently set on October 16, 2026. Dkt 219 and 233. On August 4, 2026, the government and undersigned counsel for Defendant Sahota filed a stipulation seeking to continue Defendant Sahota's sentencing hearing to October 30, 2026. Dkt. 241. On August 5, 2026, the Court denied the parties' request without prejudice and instructed them to meet and confer to find a mutually agreeable date when both defendants could be sentenced that was also available on the Court's calendar. Dkt. 242. After meeting and conferring per the Court's instruction, all undersigned counsel jointly request that Defendant Sahota and Defendant Thandi's sentencing hearings be continued to November 6, 2026 at 9:30 a.m.

Undersigned counsel for Sahota has provided the government and counsel for Defendant Thandi with the opportunity to review this Stipulation and Proposed Order and has its permission to file on their behalf.

**IT IS SO STIPULATED.**

DATED: August 7, 2026

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Miranda Kane*
MIRANDA KANE
JORDAN DICKSON
Attorneys for Defendant Sandeep Sahota

DATED: August 7, 2026

LOWTHER | WALKER LLC

*/s/ Joshua Lowther*
JOSHUA LOWTHER
Attorneys for Defendant Jasbir Thandi

DATED: August 7, 2026

*/s/ David J. Ward*
DAVID J. WARD
EVAN MATEER
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASBIR THANDI AND SANDEEP SAHOTA,

Defendant.

CASE NO. 23-CR-0428-JST

**[PROPOSED] ORDER CONTINUING SENTENCING HEARING**

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is HEREBY ORDERED that Sandeep Sahota's sentencing hearing currently set for August 14, 2026, and Jasbir Thandi's sentencing hearing currently set for October 16, 2026 are vacated and continued to November 6, 2026 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: ______________________________

______________________________
HON. JON S. TIGAR
United States District Judge