CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
EVAN MATEER (CABN 326848)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
david.ward@usdoj.gov
evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASBIR THANDI,<br><br>Defendant. | No. 23-CR-00428 JST<br><br>**STIPULATION AND [PROPOSED ORDER] RE; PAYMENT OF RESTITUTION INTO COURT REGISTRY BEFORE SENTENCING** |

On July 18, 2025, Defendant Jasbir THANDI pled guilty to two counts of conspiracy to commit insurance fraud, in violation of 18 U.S.C. § 371. *Dkt. 129.* Sentencing is set for November 6, 2026. *Dkt. 244.* As part of his Plea Agreement, Thandi agreed to make an initial restitution payment of $7,550,807 "no later than 30 days before sentencing." *Dkt. 129*, ¶ 9.

To facilitate the Clerk's acceptance of this payment, the parties jointly request that the Court issue this Proposed Order, authorizing the Clerk of the Court for the Northern District of California to accept payment from defendant Thandi in an amount of $7,550,807 on or before October 7, 2026.

IT IS SO STIPULATED.

DATE: September 22, 2026

/s/ *David Ward*
DAVID J. WARD
EVAN MATEER
Assistant United States Attorneys

DATE: September 22, 2026

/s/ *with permission*
JOSHUA LOWTHER
Attorney for Defendant Jasbir Thandi

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation Regarding Payment of Criminal Monetary Penalties, which arises from the Plea Agreement entered in this case between defendant Thandi and the government, and finding good case shown, hereby ORDERS that the Clerk of the Court for the Northern District of California shall accept from defendant Thandi a check or money order in the amount of $7,550,807 to hold such funds in the Clerk's Registry, including interest earned thereon, pending the further order of this Court.

**IT IS SO ORDERED**.

HON. JON S. TIGAR
United States District Judge